No. 03–7360. PRATT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7362. CHRISTOPHER v. SISNEROS, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–7363. SIMMONS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7367. CASTILLO-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7369. VENTRE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7379. LAMERE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7383. PEREZ-BOLLANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7385. PATTERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7392. WHETHERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–7393. TIGNOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7397. KIRBY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6827. ORBE v. TRUE, WARDEN. C. A. 4th Cir. Motion of Association of the Bar of the City of New York et al. for leave to file a brief as amici curiae granted. Certiorari denied.

No. 03–7280. METCALF v. UNITED STATES. C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.